IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCK EPROVA AG,<br><br>    Plaintiff,<br><br>    v.<br><br>BROOKSTONE PHARMACEUTICALS, LLC<br>a/k/a ACELLA PHARMACEUTICALS, LLC,<br><br>    Defendant.<br>_____/ | No. C 11-80210 MISC JSW<br><br>**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION** |

On September 6, 2011, Defendant Brookstone Pharmaceuticals, LLC a/k/a Acella Pharmaceuticals, LLC filed a motion to compel a third party's compliance with a subpoena. Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS this motion to a randomly assigned Magistrate Judge to prepare a report and recommendation. If you do not hear from the Court regarding an assignment to a Magistrate Judge within 14 days, please contact this Court's Courtroom Deputy, Jennifer Ottolini at 415-522-4173.

**IT IS SO ORDERED.**

Dated: September 8, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:     Magistrate Referral Clerk